| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

IN RE:

Jose & Martina Aguilar

(Debtor),

BANKRUPTCY CASE NUMBER
97-25403-M-13

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Securitized Multiple Asset, in the amount of $182.82, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 3/27/2003 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that NCO Financial Systems, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $182.82 to NCO Financial Systems, Inc. c/o Dilks & Knopik, LLC at the following address:

P.O. Box 502,
Redmond, WA 98073-0502

Dated: OCT 0 6 2005

UNITED STATES BANKRUPTCY JUDGE